PROB 12C
(7/93)

Report Date: June 10, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Guadalupe Sanchez        Case Number: 2:06CR02169-001

Address of Offender: 6 South 41st Street, number F-6, Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 6/20/2007

| | |
|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. §§ 5861(d) & 5845(a) |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| Date Supervision Commenced: | 2/1/2010 |
| Defense Attorney: | Rebecca Pennell |
| Date Supervision Expires: | 7/31/2012 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On June 2, and 8, 2010, Daniel Guadalupe Sanchez reported to Merit Resource Services (Merit) and submitted urinalysis (UA) tests which tested presumptive positive for cocaine. Laboratory results are currently pending. |
| | On June 2, 2010, contact was made with the defendant, at which time he admitted to consuming cocaine on May 30, 2010. |
| | On June 8, 2010, the defendant called the U.S. Probation Office and left a voicemail message stating he had just submitted a UA at Merit, which tested positive for cocaine. |

2     **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Daniel Guadalupe Sanchez failed to report to the U.S. Probation office on June 1, 7, and 9, 2010.

On May 28, 2010, the defendant reported to the U.S. Probation Office, at which time he was directed to report back for an office visit on June 1, 2010. On June 1, 2010, he failed to report as directed. On June 2, 2010, contact was made with Mr. Sanchez, at which time he related the reason he failed to report was because he was working and was depressed about his girlfriend breaking up with him. The defendant was then directed to report for an office visit on June 7, 2010. On June 7, 2010, Mr. Sanchez called to report he did not have a ride to report for an office visit. He was then instructed to report for an office visit on June 9, 2010. On June 8, 2010, the defendant called the U.S. Probation Office and left a voicemail message stating he would report for his scheduled office visit on June 9, 2010, but he once again failed to report on that scheduled date. Several attempts have been made to contact the defendant, but all have been met with negative results.

3     **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: On May 28, 2010, Daniel Guadalupe Sanchez failed to notify the U.S. Probation Office of a change in residence.

On May 28, 2010, Mr. Sanchez reported for an office visit and reported he would be residing at his sister's home in Yakima, until he was able to move into an Oxford House. On June 1, 2010, contact with the defendant's sister's boyfriend revealed the defendant did not move in with them, nor did they know of his whereabouts. On June 2, 2010, contact was made with the defendant, at which time he related he was unable to reside with his sister in Yakima, and he moved into his parents' home in Wapato.

4     **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Daniel Guadalupe Sanchez failed to follow through with additional treatment services since May 28, 2010.

On May 28, 2010, Mr. Sanchez completed a 28-day intensive inpatient treatment program at James Oldham Treatment Center (JOTC). According to JOTC's discharge summary report, the defendant was scheduled to report to Merit on June 1, 2010, for aftercare services, but he failed to report as directed. On June 2, 2010, contact with the defendant revealed he had relapsed on cocaine and intended to seek additional treatment services through his Alcohol Drug Addiction Treatment Support Act (ADATSA) case worker in Yakima. On June 7, 2010, the defendant called the U.S. Probation Office and reported he had spoken with his ADATSA case worker who instructed him to contact their office on June 8, 2010, regarding additional funding for a long-term inpatient treatment program. Contact with ADATSA personnel revealed the defendant failed to contact their office as scheduled and they will more than likely close his treatment file within the next couple of days.

Prob12C
Re: Sanchez, Daniel Guadalupe
June 10, 2010
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/10/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

June 10, 2010
Date